# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CHARLES RAY CRAWFORD**

**V.**          **CAUSE NUMBER 3:17CV105**

**PELICIA HALL,**
*Commissioner, Mississippi Department of Corrections,* et al.

## ORDER REASSIGNING CASE

This case was assigned to United States District Judge Michael P. Mills. Judge Mills, on his own motion, RECUSES himself from this case. After consultation with Chief Judge Sharion Aycock, she has agreed to accept reassignment of this case.

It is hereby **ORDERED** that this cause is transferred to Chief Judge Sharion Aycock for all further proceedings.

This the 29th day of May 2020.

                 /s/ **MICHAEL P. MILLS**
                 **UNITED STATES DISTRICT JUDGE**
                 **NORTHERN DISTRICT OF MISSISSIPPI**